In the Matter of the Accounting of VINCENT J. CONNOLLY, as Executor of THOMAS A. CONNOLLY, Deceased. VINCENT J. CONNOLLY, Individually and as Executor of THOMAS A. CONNOLLY, Deceased, et al., Appellants; THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.— Appeal from a decree of the Surrogate's Court, Kings County, insofar as it adjudged that the testator by the third paragraph of his will made an absolute bequest of his entire estate to his wife and that upon her death, which occurred after the testator's death, such estate passed to her next of kin. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No. opinion. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

∎

In the Matter of ECONOMIST STAMP COMPANY, INC., Respondent, against SIDNEY MARANOV, Judgment Debtor. CHARLES F. FRANZWA, Appellant; WILLIAM GITELMAN, as Receiver, Respondent.— Appeal by a judgment creditor from an order denying his motion to vacate an order appointing a receiver in a proceeding under article 45 of the Civil Practice Act which establishes in its effect the priority of the lien of the respondent's judgment and fails to declare the lien of said judgment lapsed. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

∎

ALLEN P. MALTZ et al., Appellants, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— In an action by an infant to recover damages for personal injuries and by his father to recover medical expenses, the plaintiffs appeal from a judgment in favor of the defendant entered after a trial by the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.